PROB 12C
(4/8/15)SWPA

# UNITED STATES DISTRICT COURT
for
## EASTERN DISTRICT OF NEW YORK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Edward Vaysman          Case Number: 0207 1:08CR00466

Name of Sentencing Judicial Officer: The Honorable Israel Leo Glasser, Senior U.S. District Judge

Date of Original Sentence: 10/13/2010

Original Offense: 18 U.S.C. §1341, Mail Fraud, a class C felony

Original Sentence: Forty One (41) Months Custody; Three (3) Years Supervised Release; $25,000 Fine and $100 Special Assessment; $6,000,000 Order of Forfeiture

Type of Supervision: TSR          Date Supervision Commenced: 1/24/2014

Assistant U.S. Attorney          Defense Counsel
To be re-assigned                 John W. Mitchell, Esq.

---

### PETITIONING THE COURT

☐ To issue a warrant, AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.

☑ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failure to report to probation officer as directed |
| 2. | Failure to allow home visits by the probation officer |

*PROB 12C - Petition for Warrant or Summons for Offender Under Supervision*     *Page 2*
*Edward Vaysman*     *PACTS:54358*     *Case Number: 0207 1:08CR00466*

U.S. Probation Officer Recommendation:

☐ The term of supervision should be revoked

I declare under penalty that the foregoing is true and correct.

Benjamin Goodman-Davis
U.S. Probation Officer
Date: May 21, 2015

Approved by,

Nella Yelenovic
Supervising U.S. Probation Officer
Date: May 21, 2015

## THE COURT ORDERS:

☐ The Issuance of a Warrant, AND ADDITIONALLY ORDERS THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.
☑ The Issuance of a Summons.
☐ Other

## UPON EXECUTION OF THE WARRANT:

☐ Defendant is ordered brought before District Judge forthwith.
☐ Initial appearance and detention hearing before Magistrate Judge.

Signature of Judicial Officer

5/22/15
Date